IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEAN M MEADOWS,

    Plaintiff,

v.                                                        CASE NO. 1:11-cv-00045-MP -GRJ

CITY OF INGLIS, TIMOTHY LETSON, BRANDON ROBERTS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Motion for Extension of Time to File Responsive Pleading. Defendants move the Court for an extension of time of ten (10) days to file their responsive pleading. Defendants' request for additional time stems from their efforts to remove this action from state court. Plaintiff does not oppose the extension of time. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Motion for Extension of Time, Doc. 3, is GRANTED.

    2.    Defendants shall respond to Plaintiff's Complaint on or before March 25, 2011.

    **DONE AND ORDERED** this __15th__ day of March, 2011

                              *s/Maurice M. Paul*

                          Maurice M. Paul, Senior District Judge