IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEAN M MEADOWS,

    Plaintiff,

v.                                                   CASE NO. 1:11-cv-00045-MP-GRJ

CITY OF INGLIS, TIMOTHY LETSON, BRANDON ROBERTS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 56, Unopposed Motion for Leave to File Reply Memorandum by Timothy Letson and Brandon Roberts.  Defendants Letson and Roberts filed a motion for summary judgment based upon qualified immunity to which the plaintiff has responded.  Defendants now request an opportunity to explain why plaintiff's cited case, *Davis v. Williams*, 451 F.3d 759 (11th Cir. 2006), is not applicable to this case and is not clearly established authority which would dissolve defendants' entitlement to qualified immunity.  Plaintiff does not oppose defendants' filing of a reply memorandum.

Accordingly, it is now **ORDERED** as follows:

1.     Defendants' unopposed motion for leave to file reply memorandum, Doc. 56, is GRANTED.

2.     Defendants may file a reply memorandum on or before November 15, 2011.

**DONE AND ORDERED** this 1st day of November, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge