IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEAN M. MEADOWS,

    Plaintiff,                                    Case No: 1:11-cv-00045-MP-GRJ

vs.

THE CITY OF INGLIS, FLORIDA,
a municipal corporation, TIMOTHY LETSON
and BRANDON ROBERTS, in their individual
capacities,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO REPLY

COMES NOW the Plaintiff, by and through undersigned counsel, pursuant to N. D. Fla. Loc. R. 7.1(C), and files the following request for leave to file a cross-reply, and says the following in support thereof:

1. Defendants Letson and Roberts filed a reply memorandum regarding qualified immunity, with consent of the Court, on November 8, 2011.

2. The reply addressed the sufficiency of the expert witness affidavit filed by Plaintiff.

3. Plaintiff wishes to file a response of law and argument on that limited issue.

4. Opposing counsel has been consulted on this matter has no objection to a reply on this limited issue.

5. This motion is brought in good faith.

WHEREFORE, the Plaintiff respectfully requests this Court grant leave to reply on the issue of the sufficiency of the expert witness affidavit incorporated in Plaintiff's response to the pending motion for summary judgment.

AVERA & SMITH, LLP

*/s/ Rod Smith*
Rod Smith, Esq.
Florida Bar No. 0202551
jparish@avera.com
2814 SW 13th Street
Gainesville, FL 32608
(352) 372-9999/375-2526 FAX
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant: Jeffrey Jensen, 2570 Coral Landings Boulevard, Suite 201, Palm Harbor, FL 34684, and R. Pierce Kelley, Jr., P.O. Box 1050, Cedar Key, FL 32625, this __14th__ day of November, 2011.

AVERA & SMITH, LLP

*/s/ Rod Smith*
Rod Smith, Esq.
Florida Bar No. 0202551
jparish@avera.com
2814 SW 13th Street
Gainesville, FL 32608
(352) 372-9999/375-2526 FAX
Attorney for Plaintiff