IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEAN M MEADOWS,

    Plaintiff,

v.                                                      CASE NO. 1:11-cv-00045-MP-GRJ

CITY OF INGLIS,
TIMOTHY LETSON,
BRANDON ROBERTS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 59, Plaintiff's Motion for Leave to Reply. Plaintiff requests leave to file a surreply to address the sufficiency of the expert witness affidavit incorporated in her response to the pending motion for summary judgment, which was challenged by defendants in their reply memorandum. Defendants have no objection to a surreply on this limited issue.

Accordingly, it is now **ORDERED** as follows:

1.     Plaintiff's motion for leave to file surreply, Doc. 59, is GRANTED.

2.     Plaintiff may file surreply on the sufficiency of the expert witness affidavit on or before November 29, 2011.

**DONE AND ORDERED** this 15th day of November, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge