IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEAN M MEADOWS,

    Plaintiff,

v.                                                CASE NO. 1:11-cv-00045-MP-GRJ

CITY OF INGLIS,
TIMOTHY LETSON,
BRANDON ROBERTS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on doc. 66, Motion to Extend Discovery Deadline by Jean M Meadows.  The plaintiff requests an extension of time to complete discovery until May 1, 2012.  The Court has previously stayed discovery from defendants Letson and Roberts pending the resolution of their motion for summary judgment based upon qualified immunity.  Defendants have no objection to the proposed deadline.

Accordingly, it is now **ORDERED** as follows:

1.    Plaintiff's motion to extend discovery deadline, doc. 66, is GRANTED.

2.    The deadline for discovery is extended to May 1, 2012.

**DONE AND ORDERED** this 13th day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge