IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEAN M MEADOWS,

    Plaintiff,

v.                                                   CASE NO. 1:11-cv-00045-MP-GRJ

CITY OF INGLIS,
TIMOTHY LETSON,
BRANDON ROBERTS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. (Doc. 75). Defendant's motion concerns issues of vicarious liability of the City which turns in part on the facts and circumstances of the case. The plaintiff is awaiting responses to her interrogatories from the City, which include inquiries into policies, supervision, and training. The plaintiff needs the opportunity to review the City's written responses in order to properly respond to the motion for summary judgment. The defendants have no objection to extending the deadline to respond to ten (10) days after service of interrogatory responses by the City of Inglis.

Accordingly, it is now **ORDERED** as follows:

1.    Plaintiff's unopposed motion for extension of time to respond to defendant's motion for summary judgment, doc. 75, is GRANTED.

2. Plaintiff shall respond to defendant's motion of partial summary judgment no later than ten (10) days after service of interrogatory responses by the City of Inglis.

**DONE AND ORDERED** this 7th day of March, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge