**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JEAN M MEADOWS,**

    **Plaintiff,**

v.                                            **CASE NO. 1:11cv45-MP-GRJ**

**CITY OF INGLIS,
TIMOTHY LETSON and
BRANDON ROBERTS,**

    **Defendants.**

    _____/

# ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 26, 2012. (Doc. 68). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.[1]

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   Defendants Letson and Roberts's motion for summary judgment based upon qualified immunity (doc. 47) is DENIED. *See Skelly v. Okaloosa Cnty. Bd. of Cnty.*

---

[1] In their objections to the report and recommendation, the defendants argue that the magistrate judge erred in considering case law from other circuits, including a case decided after the events giving rise to the plaintiff's complaint. Although the magistrate judge cited cases from the Sixth and Tenth Circuits, he did not rely on those cases as precedent in recommending that the court deny the defendants' motion for summary judgment. The court thus finds that the magistrate judge's citation to such cases did not undermine his findings in any way.

*Comm'rs*, No. 11-11969, 2012 WL 335625 (11th Cir. Feb. 3, 2012).

**DONE and ORDERED** this 7th day of March, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**