## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JEAN M. MEADOWS,

    Plaintiff,

v.                                                          CASE NO. 1:11cv45-MP-GRJ

THE CITY OF INGLIS, FLORIDA,
TIMOTHY LETSON, and
BRANDON ROBERTS,

    Defendants.

_____/

**O R D E R**

    This matter is before the court on defendant's unopposed motion for leave to file reply. (Doc. 89). Defendant, The City of Inglis, moves the Court for leave to file reply to plaintiff's response to defendant's motion for partial summary judgment. Defendant wishes to address issues raised in plaintiff's response regarding new evidence and interrogatory answers completed after the filing of the motion for summary judgment. Plaintiff has no objection to the filing of a reply.

    Accordingly, defendant's unopposed motion for leave to file reply (doc. 89) is GRANTED. Defendant may file a reply, addressing the issues raised in plaintiff's response regarding new evidence and interrogatory answers, on or before May 7, 2012.

    **DONE and ORDERED** this 30th day of April, 2012.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **CHIEF UNITED STATES DISTRICT JUDGE**