# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JEAN M. MEADOWS,

    Plaintiff,

v.                                CASE NO. 1:11cv45-MP-GRJ

THE CITY OF INGLIS, FLORIDA
TIMOTHY LETSON, and
BRANDON ROBERTS,

    Defendants.
_____/

## O R D E R

    This matter is before the court on Defendant's, The City of Inglis, Florida, Unopposed Motion to Stay Proceedings Pending Ratification of Settlement Agreement. (Doc. 92). The parties have agreed to a settlement of all issues involved in this litigation. However, the agreement is contingent upon ratification by the City of Inglis, Town Commission. As such, The City of Inglis requests that the court enter an order staying these proceedings pending ratification of the parties' settlement agreement. The plaintiff does not oppose the requested relief.

    Accordingly:

    1.    The City of Inglis's motion to stay proceedings pending ratification of settlement agreement (doc. 92) is GRANTED.

    2.    This matter is stayed for thirty (30) days pending ratification of settlement agreement by the City of Inglis, Town Commission.

    **DONE and ORDERED** this 16th day of May, 2012.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **CHIEF UNITED STATES DISTRICT JUDGE**