## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JEAN M. MEADOWS,

    Plaintiff,

v.                                                  CASE NO. 1:11cv45-MP-GRJ

THE CITY OF INGLIS, FLORIDA
TIMOTHY LETSON, and
BRANDON ROBERTS,

    Defendants.

_____/

### O R D E R

    The court has been informed that the parties have reached a settlement of this matter. (*See* docs. 92 and 94). Therefore, consistent with Local Rule 16.2(D), the above-entitled action is **DISMISSED** from the active docket of the court. In the event that the settlement is not consummated, the court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this Order of Dismissal and reinstate this case. At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

    **DONE and ORDERED** this 31st day of July, 2012.

                                                                  s/ *M. Casey Rodgers*
                                                             **M. CASEY RODGERS**
                                                             **CHIEF UNITED STATES DISTRICT JUDGE**